IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SMITH COUNTY EDUCATION ASSOCIATION, et al. | ) ) ) NO. 2-08-0076 |
| v. | ) JUDGE CAMPBELL ) |
| SMITH COUNTY BOARD OF EDUCATION | ) ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 97), Objections filed by the Defendant (Docket No. 98), and a Response to Defendant's Objections filed by the Plaintiffs (Docket No. 99).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Defendant are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Motion for Attorneys' Fees (Docket No. 78) is GRANTED, and Plaintiffs are awarded attorneys' fees in the amount of $270,312.25. In addition, Plaintiffs' Motion to Strike or for Leave to File a Reply (Docket No. 88) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE